UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § | MDL 1:14-MD-02581-MJG (LEAD ACTION) |
| CTP INNOVATIONS, LLC, PATENT LITIGATION | | |

| | | |
|---|---|---|
| CTP INNOVATIONS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § | Case No.: 1:15-cv-01733-MJG |
| CREEL PRINTING & PUBLISHING CO., INC., | § § § § | |
| Defendant. | | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CTP Innovations, LLC ("Plaintiff") hereby voluntarily dismisses the Amended Complaint in Civil Action No. 1:15-cv-01733-MJG and all claims asserted therein without prejudice.

Dated: August 19, 2015

Respectfully submitted,

/s/ Samuel F. Miller
Samuel F. Miller, MD Bar ID:  802749
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone:  (615) 726-5594
Facsimile:  (615) 744-5594
Email:  smiller@bakerdonelson.com

*Counsel for CTP Innovations, LLC*

## CERTIFICATE OF SERVICE

On August 19, 2015, the foregoing document was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail, postage prepaid.  Parties may access this filing through the Court's electronic filing system.

    Eric W. Schweibenz
    Scott A. McKeown
    Christopher Ricciuti
    Oblon, McClelland, Maier & Neustadt, L.L.P.
    1940 Duke Street
    Alexandra, VA 22314
    Phone:  (703) 413-3000
    Fax:  (703) 413-2220
    Email:  eschweibenz@oblon.com
    Email:  smckeown@oblon.com
    Email:  cricciuti@oblon.com

                                         /s/ Samuel F. Miller
                                         Samuel F. Miller